# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

v.

**SEAN DEEGAN,**

**Case No. 21-60264-CR-RUIZ/STRAUSS**

## DEFENDANT'S OBJECTIONS TO DRAFT PRESENTENCE INVESTIGATION REPORT

COMES NOW, Defendant, SEAN DEEGAN, through counsel, hereby submits the following Objections to the Presentence Investigation Report as follows:

1. Mr. Deegan objects to Section titled "Penalty" to the extent the fine may be greater of $250,000, or twice the pecuniary gain or loss.

2. Mr. Deegan requests that Paragraph 2 be supplemented. Mr. Deegan is actively seeking to satisfy the forfeiture amount with the Government. The Government is seeking a preliminary Order of Forfeiture at the request of Mr. Deegan who is ready and able to pay the full forfeiture amount of $37, 761.

3. Mr. Deegan objects to Paragraph 11 because it misstates the agreement between the parties. Pursuant to Paragraph 14 of the Plea Agreement, Mr. Deegan may move for a downward departure or a variance from the Sentencing Guidelines range pursuant to Title 18, United States Code, Section 3553(a) with respect to his personal history or personal characteristics that are unrelated to the charged conduct. Mr. Deegan objects and submits he may recommend to the Court to depart downward under the Sentencing

Guidelines. Mr. Deegan objects that there are no factors that warrant a departure and/or variance. There are several factors that warrant a downward departure in this case, including that he presents a low risk of recidivism, the nature and circumstances of the offense, Mr. Deegan's personal history and characteristics and his cooperation with the Government.

4. Mr. Deegan objects to Paragraph 12. The Loss amount is increased by fourteen (14) levels. This may be a typo as the calculation of the total offense level is correct at (19), but the statement 16 levels is not accurate and Mr. Deegan objects.

5. Mr. Deegan requests that Paragraph 14 be supplemented. Mr. Deegan is actively seeking to satisfy the forfeiture amount with the Government. The Government is seeking a preliminary Order of Forfeiture at the request of Mr. Deegan who is ready and able to pay the full forfeiture amount of $37, 761.

6. Mr. Deegan requests that Paragraph 54 be supplemented. Mr. Deegan is currently seeing an Endocrinologist for diabetes related issues. The treating physician is Dr. Rachel Pessah-Pollack of NYU, Langone-Long Island. Mr. Deegan also had shoulder issues (damage and arthritic issues) for which he is currently under treatment with an orthopedic whose name is Dr. William Healy in Huntington, N.Y.

7. Mr. Deegan requests that Paragraph 55 be supplemented. Mr. Deegan is no longer under the care of Dr. Weissberg. He currently has been under care from Dr. Nolan Tzou, for pain management, in Huntington NY for back and hip problems.

8. Mr. Deegan objects to Paragraph 72 to the extent the 2004 Dodge Ram attributes $3,412 in equity to Mr. Deegan. Mr. Deegan's wife purchased this vehicle and the title and registration are in her name alone. Mr. Deegan does not have equity in the truck.

9. Mr. Deegan requests that Paragraph 85 be clarified. If the Court departs downward through a departure or variance, the applicable guideline range may fall in Zone B or C and the defendant would be eligible for probation.

10. Mr. Deegan objects to Paragraph 86 to the extent the fine may be greater of $250,000, or twice the pecuniary gain or loss.

WHEREFORE, Defendant hereby files his objections to the Presentence Investigation Report.

    Respectfully submitted,

    HERMAN LAW, P.A.
    Centurion Tower
    1601 Forum Place, #201
    West Palm Beach, Florida 33401
    E-mail: Rherman@rhlawfl.com
    Telephone: (561) 720-2417

FOR THE FIRM:  /s/ Ron D. Herman
    Ron D. Herman
    FL Bar No. 0413161

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Objections has been furnished to: Patrick J. Queenan, Esq., United States Attorney's Office and United States Probation by filing with CM/ECF on this 21st day of March, 2022.

    By:___/s/ Ron D. Herman_____
    RON D. HERMAN
    FL Bar No. 0413161